**JOSEPH LUZI and JESSIE LUZI, husband and wife, v. CONSTANCE G. BACKUS, also known as Constance G. Leves, a single woman.**

24 So. (2nd) 587
January 15, 1946
Rehearing denied February 9, 1946

January Term, 1946
Special Division B

*A. C. Franks,* for appellants.

*Rosenhouse & Rosenhouse, Parker & Foster* and *Archibal M. Black,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BROWN and SEBRING, JJ., concur.

### H. H. MADDOX v. THE STATE OF FLORIDA

24 So. (2nd) 588
January 15, 1946
Rehearing denied Feb. 6, 1946

January Term, 1946
Division B

*Bart A. Riley, A. C. Dressler* and *Riley & Dressler,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.